IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00292-REB-MJW

TYRON DUANE SMALL,

Plaintiff(s),

v.

CANDANCE CROSLEY, Sgt.,
KEVIN CRUTCHER, Sgt., and
BRYAN ROBERTS, Lt.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the plaintiff's "motion adding Amendments (C) nature of the case, and (D) cause of action" (Docket No. 6) is denied as moot.  Plaintiff's tendered Amended Complaint (Docket No. 7) was accepted for filing on February 15, 2013.

Date: March 5, 2013