IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00292-REB-MJW

TYRON DUANE SMALL,

Plaintiff(s),

v.

CANDANCE CROSLEY, Sgt.,
KEVIN CRUTCHER, Sgt., and
BRYAN ROBERTS, Lt.,

Defendant(s).

ORDER SETTING STATUS CONFERENCE
FOR
PRO SE PLAINTIFF

Entered by Magistrate Judge Michael J. Watanabe

The above-captioned case has been referred to Magistrate Judge Michael J. Watanabe pursuant to the Order Referring Case, entered by Judge Robert E. Blackburn on March 5, 2013.  (Docket No. 9).

IT IS HEREBY ORDERED that a Status Conference shall be held on:

> May 9, 2013, at 9:00 a.m.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a written request is made FIVE (5) business days in advance of the date of appearance.</u>**

<u>THE PLAINTIFF(S) SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED AN APPEARANCE OF THE DATE AND TIME FOR THE STATUS CONFERENCE.</u>

FURTHER, it is ORDERED that at the Status Conference the pro se Plaintiff(s) shall:

1. Inform this court on whether you intend to retain legal counsel. If you intend to retain legal counsel, then you shall be prepared to inform this court, on the record, of what efforts you have made to retain legal counsel; and,

2. Become familiar with the following Rules: (a) the Federal Rules of Civil Procedure, (b) the United States District Court for the District of Colorado Local Rules of Practice, and (c) the Federal Rules of Evidence. These sets of rules shall apply in this case.

FURTHER, it is ORDERED that the Clerk of the Court shall add the following interested party to the manual notification for this case for continuing manual notice until further ordered:

TO THE CASE MANAGER/
INMATE COORDINATOR OF:
Tyron Duante Small
#150307
Colorado State Penitentiary
P.O. Box 777
Canon City, CO 81215-0777

FURTHER, it is ORDERED that the Plaintiff shall appear telephonically, and the plaintiff's case manager shall make the appropriate arrangements to permit his attendance at the Status Conference and shall contact the court by calling the Court at (303) 844-2403.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. See D.C.COLO.LCivR 83.2B. Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

Done and signed this 5th day of March, 2013.

BY THE COURT:

s/Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge