IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00292-REB-MJW

TYRON DUANE SMALL,

Plaintiff(s),

v.

CANDANCE CROSLEY, Sgt.,
KEVIN CRUTCHER, Sgt., and
KYLE ROBERTS, Lt.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's motion captioned "Disclosure Correction Motion" (docket no. 41) is DENIED. The other video that the Pro Se Incarcerated Plaintiff appears to be seeking access to in the subject motion (docket no. 41) was corrupted and unrecoverable according to Defendant's Response (docket no. 59) and therefore such video is unavailable. For this reason, the subject motion (docket no. 41) should be denied.

Date: November 5, 2013