IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00292-REB-MJW

TYRON DUANE SMALL,

Plaintiff(s),

v.

CANDANCE CROSLEY, Sgt.,
KEVIN CRUTCHER, Sgt., and
KYLE ROBERTS, Lt.,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Plaintiff's Motion Requesting an Alternative Dispute Resolution Hearing (Docket No. 69), Motion Requesting That There Be An [sic] Trial Date Set In a Motion (Docket No. 70), and Motion Requesting an Objection to the Defendants Possible File for Time Extentsion [sic] (Docket No. 72) are all denied. Plaintiff can make a settlement demand of the defendants without court intervention, and if defendants believe that ADR would be beneficial, then the parties may move for such relief. The deadline to file dispositive motions is not until February 8, 2014, so setting a trial date is premature at this time. Finally, the court will not consider an objection to a motion that has not yet been filed by the defendants.

Date: January 30, 2014