IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00292-REB-MJW

TYRON DUANE SMALL,

Plaintiff(s),

v.

CANDANCE CROSLEY, Sgt.,
KEVIN CRUTCHER, Sgt., and
KYLE ROBERTS, Lt.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the plaintiff's Motion Requesting that the Defendants [sic] Summary Judgment be Stricken (Docket No. 82) is DENIED.  Contrary to plaintiff's assertions, the defendants' motion for summary judgment (Docket No. 75) was timely filed on February 10, 2014, which was the first business day after the dispositive motion deadline, Saturday, February 8, 2014.

Date: February 18, 2014