IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00292-REB-MJW

TYRON DUANE SMALL,

Plaintiff(s),

v.

CANDANCE CROSLEY, Sgt.,
KEVIN CRUTCHER, Sgt., and
KYLE ROBERTS, Lt.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion for Statis [sic] Update on Summery [sic] Judgment (Docket No. 86) is granted to the extent that the plaintiff is advised that the Defendants' Motion for Summary Judgment (Docket No. 75) is still pending, and a report and recommendation on that motion (Docket No. 75) will be issued in due course.

Date: May 27, 2014