IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00292-REB-MJW

TYRON DUANE SMALL,

Plaintiff(s),

v.

CANDANCE CROSLEY, Sgt.,
KEVIN CRUTCHER, Sgt., and
KYLE ROBERTS, Lt.,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the plaintiff's "A Prison Facility Transfer Request to Prepare for Trial" (Docket No. 90) is denied.  No trial date has been set in this matter.  Furthermore, plaintiff's current classification and placement are not at issue in this case.  In addition, plaintiff's claims in his motion regarding possible retaliation are speculative at best.  Finally, plaintiff admits in his motion that he is not being denied law library access (see Docket No. 90 at 2 - allowed 10 cite requests a week in administrative segregation).

Date: June 18, 2014