IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00292-REB-MJW

TYRON DUANE SMALL,

Plaintiff(s),

v.

CANDANCE CROSLEY, Sgt.,
KEVIN CRUTCHER, Sgt., and
KYLE ROBERTS, Lt.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the plaintiff's "Damages Being Seeked [sic], and Settlement Dispute Resolution hearing" (Docket No. 93) and "Request for an [sic] Jury Trial in the current case" (Docket No. 94) are both denied without prejudice. This court's report and recommendation issued on June 9, 2014 (Docket No. 89) has not been ruled on by Judge Blackburn. In fact, the time to file objections to that report and recommendation (Docket No. 89) has not yet expired. Therefore, plaintiff's motions (Docket Nos. 93 and 94) are premature.

Date: June 18, 2014