IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00292-REB-MJW

TYRON DUANE SMALL,

Plaintiff(s),

v.

CANDANCE CROSLEY, Sgt.,
KEVIN CRUTCHER, Sgt., and
KYLE ROBERTS, Lt.,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion for Expedited Case Request on Above Case # (Docket No. 103) is denied.  Judge Blackburn will rule on plaintiff's motion for a trial setting (Docket No. 102) in due course.

It is further ORDERED that plaintiff's Motion Request to Have Motions Copies to Plaintiff (Docket No. 104) is granted in part and denied in part.  The motion is granted to the extent that the Clerk of Court shall send plaintiff a copy of Judge Blackburn's Practice Standards Civil Action.  The motion is denied with respect to plaintiff's request for a copy of all motions and exhibits filed in this action.  Plaintiff should already have a copy of each motion and exhibit filed.  If he needs another copy of each motion and exhibit, he must send in a written request to the Clerk's office and pay the Clerk's Office a fee of 10 cents per page for documents produced from the computer system and 50 cents per sheet for reproduction of any record or paper (see Fee Schedule effective January 1, 2014).

Date: August 20, 2014