IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00292-REB-MJW

TYRON DUANE SMALL,

Plaintiff(s),

v.

CANDANCE CROSLEY, Sgt.,
KEVIN CRUTCHER, Sgt., and
KYLE ROBERTS, Lt.,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion Request From this Court to Make Defendants to Respond (Docket No. 113) is denied.  Plaintiff's motion for a settlement hearing/alternative dispute resolution (Docket No. 112) was filed on August 26, 2014, and thus the time for defendants to respond thereto has not yet expired.

It is further ORDERED that The Plaintiff Factual Copy Motions Request Motion (Docket No. 114) is granted as follows.  The Clerk shall send plaintiff a copy of the following pages of exhibits filed with defendants' summary judgment motion:  Docket Nos. 75-1, 75-2, 75-3, 75-4, 75-5, 75-6, 75-8, 75-12 and the following pages from plaintiff's response to that motion: Docket No. 85 pages 11 through 29.  The court notes that if plaintiff seeks any additional copies from the court file, he must send in a written request to the Clerk's Office and pay the Clerk's Office a fee of 10 cents per page for documents produced from the computer system and 50 cents per sheet for reproduction of any record or paper (see Fee Schedule effective January 1, 2014).  The court will not waive the fees for copies of any other documents from the court's file.

Date: September 11, 2014