IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00292-REB-MJW

TYRON DUANE SMALL,

Plaintiff(s),

v.

CANDANCE CROSLEY, Sgt.,
KEVIN CRUTCHER, Sgt., and
KYLE ROBERTS, Lt.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Vacate and Reset the March 17, 2015 Status Conference (Docket No. 132) is granted. Accordingly, the Status Conference set on March 17, 2015, at 10:30 a.m. is VACATED and RESET on March 30, 2015, at 10:30 a.m.

Date: March 4, 2015