IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00292-REB-MJW

TYRON DUANE SMALL,

Plaintiff(s),

v.

CANDANCE CROSLEY, Sgt.,
KEVIN CRUTCHER, Sgt., and
KYLE ROBERTS, Lt.,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendants' Unopposed Motion for Leave to Appear at the March 30, 2015 Status Conference Telephonically (Docket No. 135) is GRANTED.  Counsel for Defendants may appear at the status conference by telephone by calling chambers at (303) 844-2403 at the appointed time (10:30 a.m. Mountain Time/12:30 p.m. Eastern Time).

Date: March 24, 2015