IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00292-REB-MJW

TYRON DUANE SMALL,

Plaintiff(s),

v.

CANDANCE CROSLEY, Sgt.,
KEVIN CRUTCHER, Sgt., and
KYLE ROBERTS, Lt.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion for Order Permitting Him to Appear Telephonically for March 30, 2015 Status Conference (Docket No. 138) is GRANTED.  It is further ORDERED:

- Plaintiff may appear at the status conference telephonically by arranging to call chambers at (303) 844-2403 at the appointed time;

- Counsel for Defendants shall contact chambers at (303) 844-2403 forthwith and provide a number at which he can be reached at the appointed time; and

- When Plaintiff calls in from the prison, chambers staff will contact counsel for Defendants, conference the lines together, and transfer the call into the courtroom.

Date: March 27, 2015