IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00292-REB-MJW

TYRON DUANE SMALL,

Plaintiff(s),

v.

CANDANCE CROSLEY, Sgt.,
KEVIN CRUTCHER, Sgt., and
KYLE ROBERTS, Lt.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the defendants' Motion to Vacate and Reset the May 6, 2015 Settlement Conference Due to Death in the Family (Docket No. 142) is granted. It is thus further

ORDERED that the Settlement Conference set on May 6, 2015, at 2:00 p.m. is VACATED and RESET on June 15, 2015, at 1:30 p.m. Plaintiff shall appear by telephone by calling the court at (303) 844-2403 at the scheduled time. The parties shall submit their Confidential Settlement Statements on or before June 8, 2015, by sending them as a PDF attachment to watanabe_chambers@cod.uscourts.gov . In the subject line of the e-mail, counsel shall list the case number and "confidential settlement statement."

Date: April 28, 2015