# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 13-cv-00292-REB-MJW

TYRON DUANTE SMALL,

    Plaintiff,

v.

CANDACE CROSLEY, Sgt.,
KEVIN CRUTCHER, Sgt., and
KYLE ROBERTS, Lt.,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Joint Stipulated Motion To Dismiss with Prejudice** [#152][1] filed July 24, 2015. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulated Motion To Dismiss with Prejudice** is granted;

2. That all pending pretrial deadlines are vacated;

3. That the combined Final Pretrial Conference/Trial Preparation Conference set October 30, 2015, is vacated;

4. That the jury trial set to commence November 16, 2015, is vacated; and

---

[1] "[#152]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

5.  That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

Dated July 28, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge